UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 11-39-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MARILYN SUE WHITEHEAD, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition [R. 63] filed by United States Magistrate Judge Hanly A. Ingram. Magistrate Judge Ingram's order describes the circuitous process that Defendant Whitehead has undergone with regard to her competency evaluations. [R. 63.] This process has resulted in two competency evaluations by two different evaluators in Michigan, in addition to a hearing on Whitehead's competency before Judge Ingram. Whitehead waived her right to be at that hearing, but Whitehead's counsel agreed that his observations of Whitehead align with the evaluators' conclusions that Whitehead is competent.

After conducting the aforementioned hearing on September 24, 2012, Magistrate Judge Ingram issued the Recommended Disposition, wherein he recommended a finding that the Defendant, Marilyn Sue Whitehead, is competent to face further proceedings, including trial. As noted in the Recommended Disposition and pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the parties were notified to file any objections to the Magistrate Judge's recommendation within fourteen (14) days of service. [R. 63 at 9-10.] As of this date, neither

party has filed objections nor sought an extension of time to do so. Further, because of the unique nature of this case, Magistrate Judge Ingram ordered Whitehead's counsel to file notice in the record that the recommended disposition was reviewed with Whitehead and that she understood the result. Proper notice was filed by Whitehead's counsel on October 15, 2012. [R. 64.]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with Magistrate Judge Ingram's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [R. 63] as to Marilyn Sue Whitehead is **ADOPTED** as and for the Opinion of the Court;

2. The Defendant, Marilyn Sue Whitehead, is found to be competent to face further proceedings, including trial, in this matter;

3. Trial for Marilyn Sue Whitehead and her co-defendant Jimmy Ray Whitehead, having been postponed indefinitely, will be set for **Monday, December 17, 2012** at the hour of **10:00 a.m.** in **London**, Kentucky;

4. The pretrial deadlines set forth in the Court's Standing Pretrial and Trial Management Order shall be relative to this new trial date;

2

5.     In the event a plea agreement is reached in this matter, any motion for rearraignment shall be filed **no later than (14) days** prior to the trial date.  Further, if the parties execute a written plea agreement, the United States of America is directed to provide a courtesy copy to the undersigned's Chambers at *GFVT_chambers@kyed.uscourts.gov* **no later than two (2) days** before the scheduled rearraignment;

6.     The time between November 8, 2012 and December 17, 2012 is **DECLARED** excludable pursuant to 18 U.S.C. §§ 3161(h)(6) & (7)(A)-(B); *see also* [R. 18].  For the reasons set forth herein, the Court **FINDS** that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

This 8th day of November, 2012.

**Signed By:**

*Gregory F. Van Tatenhove*

**United States District Judge**